[No. 18751.   Department Two.   January 15, 1925.]

THE STATE OF WASHINGTON, *Respondent*, v. HARRY DAWSON, *Appellant.*[1]

Appeal from a judgment of the superior court for Benton county, Truax, J., entered March 12, 1924, upon a trial and conviction of the unlawful possession of intoxicating liquor. Affirmed.

*Charles F. Bolin,* for appellant.
*Geo. O. Beardsley,* for respondent.

MACKINTOSH, J.—The appellant was convicted of having possession of intoxicating liquor and sentenced to serve sixty days in jail and pay a fine of one hundred dollars, but before doing so he has appealed.

Several errors have been assigned, in none of which do we find sufficient merit to warrant their discussion in an opinion.

The rule requiring abstracts to be furnished in cases which contain statements of fact as long as the one in this case has been ignored and we have, therefore, been compelled to, and have, read the entire statement of facts, which furnishes no foundation for the appellant's contentions.

The judgment is therefore affirmed.

FULLERTON, BRIDGES, HOLCOMB, and MITCHELL, JJ., concur.

---

[No. 18539.   *En Banc.*   February 5, 1925.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE LARKIN, *Appellant.*[2]

Appeal from a judgment of the superior court for Kittitas county, Griffiths, J., entered May 25, 1923, upon a trial and conviction of the unlawful possession of intoxicating liquor. Affirmed.

*Snively & Bounds,* for appellant.
*F. A. Kern,* for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* a majority of the court adhere to the opinion of Department One heretofore filed herein and reported in 130 Wash. 531, 228 Pac. 289, and the judgment appealed from is therefore affirmed.

[1]Reported in 231 Pac. 1118.
[2]Reported in 232 Pac. 695.